UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 4:19-cv-01696-JCH |
| | : |
| SERVE ALL HOSPITALITY LLC, | : |
| a Missouri limited liability company, | : |
| | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff FRED NEKOUEE and Defendant SERVE ALL HOSPITALITY LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a settlement agreement.  Except as otherwise agreed by the parties in the settlement, each party to bear their own costs and attorney's fees.

DATE:  April 3, 2020

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

GORDON & REES
SKULLY MANSUKHANI, LLP

          *s/James C. Morris*_____
James C. Morris, #53074
Harry Benson
100 S. 4th Street, Suite 550
St. Louis, Missouri 63102
Phone: 314-961-6686
jmorris@grsm.com
hbenson@grsm.com

*Attorneys for Defendant Serve All Hospitality, LLC*